# EXHIBIT A



# (12) United States Design Patent
Schmit

(10) Patent No.: **US D973,821 S**
(45) Date of Patent: ** *Dec. 27, 2022

(54) **RECREATIONAL SLIDE**

(71) Applicant: **Slick Slide LLC**, Phoenix, AZ (US)

(72) Inventor: **Gary Robert Schmit**, Phoenix, AZ (US)

(73) Assignee: **Slick Slide LLC**, Phoenix, AZ (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/696,765**

(22) Filed: **Jul. 1, 2019**

(51) LOC (13) Cl. .............................................. **21-02**
(52) U.S. Cl.
    USPC ....................................................... **D21/818**
(58) Field of Classification Search
    USPC ................................. D21/811, 814, 818–821
    CPC .......................................... A63G 21/00–21/22
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,394,173 A | * | 7/1983 | Aste | A63G 21/06 104/124 |
| D371,414 S | * | 7/1996 | King | D21/821 |
| D619,186 S | * | 7/2010 | Strall | D21/818 |
| D637,253 S | * | 5/2011 | Hunter | D21/819 |
| D641,823 S | * | 7/2011 | Hunter | D21/819 |
| D705,882 S | * | 5/2014 | Brassard | D21/821 |
| D705,883 S | * | 5/2014 | Brassard | D21/821 |
| D758,517 S | * | 6/2016 | Gonzalez | D21/818 |
| D806,816 S | * | 1/2018 | Forbes | D21/818 |
| D838,800 S | * | 1/2019 | Ozsoz | D21/819 |
| D844,732 S | * | 4/2019 | Hunter | D21/821 |
| D869,590 S | * | 12/2019 | Sekreter | D21/820 |
| D876,564 S | * | 2/2020 | Hunter | D21/819 |
| D892,960 S | * | 8/2020 | Hunter | D21/819 |
| D901,613 S | * | 11/2020 | Hunter | D21/819 |
| D903,804 S | * | 12/2020 | Hunter | D21/819 |
| D905,188 S | * | 12/2020 | Hunter | D21/819 |
| D919,732 S | * | 5/2021 | Hunter | D21/819 |

* cited by examiner

*Primary Examiner* — Mitchell I. Siegel
(74) *Attorney, Agent, or Firm* — Wood Herron & Evans LLP

(57) **CLAIM**

The ornamental design for a recreational slide, as shown and described.

**DESCRIPTION**

FIG. 1: is an isometric perspective of my recreational slide design.
FIG. 2: is a view of the right side of the slide.
FIG. 3: is the top view of the slide.
FIG. 4: is the front view of the slide.
FIG. 5: is the back view of the slide.
FIG. 6: is the underside view of the slide; and,
FIG. 7: is the left view of the slide.

**1 Claim, 7 Drawing Sheets**



Case 3:23-cv-00348-FDW-SCR   Document 1-1   Filed 06/13/23   Page 2 of 9



FIG. 1

Case 3:23-cv-00348-FDW-SCR   Document 1-1   Filed 06/13/23   Page 3 of 9



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

Case 3:23-cv-00348-FDW-SCR    Document 1-1    Filed 06/13/23    Page 8 of 9



FIG. 7