# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Slick Slide LLC

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| Big Air University City | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

Civil Action No. 3:23-CV-348

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Big Air University City
    8215 University City Blvd.
    Charlotte, North Carolina 28213

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Ross R. Fulton
    Rayburn Cooper & Durham, P.A.
    227 West Trade Street, Suite 1200, Charlotte, North Carolina 28202
    (704-334-0891)

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date     **6/13/2023**

Katherine Hord Simon, Acting Clerk
United States District Court

**Civil Action No.** 3:23-CV-348

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; or

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❑   **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; or

❑   **I returned the summons unexecuted because** _____; or

❑   **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                          **Server's signature**

                                               _____
                                                          **Printed name and title**

                                               _____
                                                          **Server's address**

**Additional information regarding attempted service, etc:**