# EXHIBIT B








