IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SLICK SLIDE LLC | ) | Case Number: 3:23-cv-00348 |
| | ) | |
| Plaintiff, | ) | Judge: Whitney |
| | ) | Magistrate Judge: Rodriguez |
| v. | ) | |
| | ) | |
| BA NE Charlotte, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate to the dismissal of all claims in this action with prejudice, with each side to pay its own attorneys' fees, costs, and expenses.

Dated: December 14, 2023

Respectfully submitted,

**FOR PLAINTIFF**

s/Ross R. Fulton
Ross R. Fulton
Rayburn Cooper & Durham, P.A.
227 West Trade Street, Suite 1200
Charlotte, NC 28202
Email: rfulton@rcdlaw.net
Telephone: (704) 334-0891
Facsimile: (704) 377-1897

**FOR DEFENDANT**

s/Matthew J. Ladenheim
Matthew J. Ladenheim
Trego, Hines & Ladenheim, PLLC
10224 Hickorywood Hill Avenue, Suite 202
Huntersville, NC 28078
Email: mjl@thlip.com

Telephone: (704) 599-8911
Facsimile: (704) 599-1084

Brett A. Schatz (Admitted Pro Hac Vice)
(Ohio 0072038)
WOOD, HERRON & EVANS, L.L.P.
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Email: bschatz@whe-law.com
Telephone: (513) 241-2324
Facsimile: (513) 241-6234